# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2169
LT Case No. 2018-CF-001161

_____

MITCHELL ALBERT LINDSTROM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary Hatcher, Judge.

Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

April 30, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____